SAWTELL *v.* CREST LAWN INCORPORATED.

HILL, J. The exception is to a judgment granting an interlocutory injunction. Under the pleadings and evidence the judgment of the court was not erroneous. *Judgment affirmed. All the Justices concur.*

No. 8157. JUNE 9, 1931.

*Smith, Hammond, Smith & Bloodworth,* for plaintiff in error. *Hooper & Hooper,* contra.